UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

TRANARD DELL

CASE NO. 6:25-cr- 126- RBD-LHP
18 U.S.C. § 115(a)(1)(B)
(Influencing, Impeding, or
Interfering with a Federal
Official by Threat to
Murder)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Influencing, Impeding, or Interfering with a Federal Official by Threat to Murder)

On or about April 24, 2025, in the Middle District of Florida, the defendant,

TRANARD DELL,

did threaten to murder J.E., a Federal law enforcement officer, with intent to

impede, intimidate, and interfere with the law enforcement officer while engaged in

the performance of official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

A TRUE BILL,

_____

Foreperson

GREGORY W. KEHOE
United States Attorney

By:    _____
RISHA ASOKAN
Assistant United States Attorney

By:    _____
KARA M. WICK
Assistant United States Attorney
Deputy Chief, National Security Section

2

FORM OBD-34

May 25

No. 6:24-2-81

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

TRANARD DELL

INDICTMENT

Violations: 18 U.S.C. § 115(a)(1)(B)

A true bill,

_____ Foreperson

Filed in open court this 7th day

of May, 2025.

_____ Clerk

Bail $_____

GPO 863 525